IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| J&J SPORTS PRODUCTIONS, INC., | : | |
|    Plaintiff, | : | CIVIL ACTION |
|    v. | : | NO. 11-7038 |
| | : | |
| FRANCISCO CASTILLO, CARMEN CASTILLO, | : | |
| and CASTILLOS AND CASTILLOS, INC., | : | |
|    Defendants. | : | |

### ORDER

AND NOW, this 12th day of March, 2013, upon consideration of the Application for Default Judgment filed by Plaintiff J&J Sports Productions, Inc. ("J&J") [Doc. No. 7], it is hereby **ORDERED** that, for the reasons discussed in the Memorandum Opinion filed this day, the Application for Default Judgment is **DENIED.**

It is further **ORDERED** that J&J shall properly serve Defendants **on or before May 10, 2013**, and failure to do so will cause the dismissal of this case for failure to serve within the 120-day time period required by Federal Rule of Civil Procedure 4(m).

It is so ORDERED.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE